UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY KONSTANTELOS and ERIC KONSTANTELOS,<br><br>                Plaintiffs,<br><br>    vs.<br><br>LOS ANGELES COUNTY, ET AL.,<br><br>                Defendants. | CASE NO. CV 09-06476 GHK (RZ)<br><br>ORDER TO SHOW CAUSE |

Although noticing a motion to dismiss for hearing on May 10, 2010, Defendants did not appear for the hearing. Nor did Plaintiff file any opposition. Since no one appeared, the Court took the matter off calendar.

IT IS ORDERED:

1. Defendants shall show cause in writing, not later than May 25, 2010, why they should not be sanctioned for failing to appear at the hearing.

2. Plaintiffs shall show cause in writing, not later than May 25, 2010, why the action should not be dismissed for failure to prosecute. The Court notes that named Plaintiff Amy Konstantelos is an attorney, admitted to practice in this district.

DATED: May 12, 2010

                                                                     _____
                                                                        RALPH ZAREFSKY
                                                           UNITED STATES MAGISTRATE JUDGE