1

2

3

4

5

6

7

8                             **UNITED STATES DISTRICT COURT**

9                             **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   AMY KONSTANTELOS, et al.,      )     No. CV 09-6476-GHK(CW)
                                     )
13                 Plaintiff,        )     ORDER ACCEPTING REPORT AND
                                     )     RECOMMENDATION OF UNITED STATES
14          v.                       )     MAGISTRATE JUDGE
                                     )
15   PATRICIA PLOEHN, et al.,        )
                                     )
16                 Defendants.       )
                                     )
17   ————————————————————————————————

18        Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the

19   entire record in this action, as well as the Report and Recommendation

20   of the United States Magistrate Judge.  No objections to the Report

21   and Recommendation have been received.

22        **IT IS ORDERED**:

23   (1)  that the Report and Recommendation of the United States

24        Magistrate Judge be accepted;

25   (2)  that Defendants' motion to dismiss (docket no. 56, filed May 25,

26        2011) be granted in part and denied in part;

27   (3)  that all claims against Defendant Baca, and the state tort claims

28        against Defendants Miller, Bryant, Oppenheimer, and Ploehn, be

1  dismissed, without further leave to amend;

2  (4)  that Defendants' motion to dismiss be otherwise denied; and

3  (5)  that remaining Defendants file an answer to the Second Amended

4  Complaint within thirty (30) days of the filing of this Order.

5  **IT IS FURTHER ORDERED** that the clerk shall serve this order on

6  the parties.

7

8  DATED:     4/16/12

9

10  _____
    GEORGE H. KING
11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2