UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 09-6476-GHK (KK) | Date: | September 6, 2016 |
|---|---|---|---|
| Title: | *Amy Konstantelos, et al. v. Los Angeles County, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   Order to Show Cause

On August 31, 2016, pro se Plaintiffs, using the ECF login credentials of an attorney, Gary Casselman, filed an Opposition to Defendants' Motion for Summary Judgment and a Declaration of a non-party paralegal, Tomieanna Campros, purporting to request an extension of time to file the Opposition on behalf of Plaintiffs.  See ECF Docket Nos. ("dkt.") 130-132.  The Opposition was signed by Plaintiffs and the Declaration was signed by Ms. Campros.  Id.  Neither filing was signed by Mr. Casselman.  Id.

On September 1, 2016, the Court struck both documents based on Plaintiffs' failure to request leave to file electronically pursuant to Local Rule 5-4.1.1.  Dkt. 133.  Upon further review of the docket, it appears plaintiff Amy Konstantelos has been electronically filing documents in this matter on behalf of herself and plaintiff Eric Konstantelos without prior permission since as early as January 29, 2014.  See e.g. dkts. 85, 87, 103, 112-18.  Due to Plaintiffs' failure to comply with Local Rules regarding electronic filing and pursuant to Local Rule 5-4.1.1, Plaintiffs may no longer file documents electronically in this matter without express prior permission of the Court.

Additionally, it is unclear to the Court at this time whether Plaintiffs are represented by Mr. Casselman.  Mr. Casselman has not noticed his appearance as required by Local Rule 83-2.  Local Rule 5-4.3.4(e) provides: "Unless otherwise ordered by the Court, a registered CM/ECF filer's login and password may not be used to file a document on behalf a party not represented by that registered CM/ECF filer."  L.R. 5-4.3.4(e).  Accordingly, before the Court will consider

any documents filed using Mr. Casselman's ECF login and password, Plaintiffs and Mr. Casselman are ordered to show cause **no later than September 12, 2016** why they should not be sanctioned for violation of Local Rule 5-4.3.4(e).  See L.R. 83-7.

    The Clerk of Court is directed to serve this order both electronically and by mailing a copy to Mr. Casselman and Plaintiffs at the following addresses:

Gary Steven Casselman
Law Offices of Gary S. Casselman
3415 S. Sepulveda Boulevard, Suite 296
Los Angeles, CA 90034

Amy Konstantelos
P.O. Box 9076
Lancaster, CA 93539

Eric Konstantelos
P.O. Box 9076
Lancaster, CA 93539

**IT IS SO ORDERED.**