**United States District Court
Central District of California**

Amy Konstantelos et al.

        Plaintiff,

v.

Los Angeles County et al.,

        Defendant. .

FILED
CLERK, U.S. DISTRICT COURT
JAN 9, 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

2:09-cv-06476 VAP (KKx)

**Final Judgment of Dismissal**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Mandate issued by the Ninth Circuit Court of Appeals on November 19, 2018, (Doc. No. 172), IT IS ORDERED AND ADJUDGED that Plaintiffs' complaint is DISMISSED WITH PREJUDICE as to Defendant Norm Hickling. The Court orders that such judgment be entered.

**IT IS SO ORDERED.**

Dated:   1/9/19

*Virginia A. Phillips*
Virginia A. Phillips
Chief United States District Judge